UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN PAUL O'BRIEN, *Individually and on Behalf of All Others Similarly Situated*,

        Plaintiff,

– against –

PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, *and* ISMAIL DAWOOD,

        Defendants.

**ORDER**

22-cv-00567 (ER)

RAMOS, D.J.:

On March 31, 2025, the Court granted the FTAC Defendants' and Paysafe Defendants' motions to dismiss in the lead case, *In re Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II Securities Litigation*, 21-cv-10611 (ER) (KHP), and allowed Plaintiffs to file a second consolidated amended complaint by April 21, 2025. The Court advised that if a second consolidated amended complaint was not filed by April 21, 2025, the case would be closed. Plaintiffs in the lead case did not file a second consolidated amended complaint.

The lead case was closed on October 2, 2025. Accordingly, the Clerk of the Court is directed to close this case.

It is SO ORDERED.

Dated:   October 7, 2025
         New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.